IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

PEGGY MICHELLE GRANT,            )
                                  )
    Plaintiff,                    )
                                  )
v.                                )   CV 317-030
                                  )
NANCY A. BERRYHILL, Acting        )
Commissioner of Social Security   )
Administration,                   )
                                  )
    Defendant.                    )

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, pursuant to sentence four of 42 U.S.C. § 405(g), the Court **REVERSES** the Acting Commissioner's final decision and **REMANDS** this case to the Acting Commissioner for further consideration in accordance with the Court's opinion.

SO ORDERED this 23rd day of April, 2018, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE